AUSA: David Steinbach

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **26 MAG 2155** |
| v. | RULE 5(c)(3) AFFIDAVIT |
| LINDSAY SHEEHAN, | |
| Defendant. | |

SOUTHERN DISTRICT OF NEW YORK, ss.:

Erika Cruz-Cooke, being duly sworn, deposes and says that she is a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI") and states as follows:

On or about May 28, 2026, a grand jury in the District of Vermont returned an indictment (the "Indictment") charging Lindsay Sheehan with conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 1349, and Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A. On or about May 28, 2026, the Deputy Clerk of Court for the United States District Court for the District of Vermont, Lisa Wright, issued an arrest warrant for "Lindsay Sheehan" based on the Indictment (the "Arrest Warrant"). The Indictment and Arrest Warrant are attached hereto as Exhibits A and B, respectively, and incorporated by reference herein.

On or about June 3, 2026, I participated in the arrest of LINDSAY SHEEHAN, the defendant, in the Southern District of New York. I believe that SHEEHAN is the same person as "Lindsay Sheehan" named in the Arrest Warrant.

The bases for my knowledge and for the foregoing are, in part, as follows:

1.      I am a Special Agent with HSI. This affidavit is based upon my personal participation in this matter, as well as on my conversations with other law enforcement officers, my examination of documents, reports, and records, and my personal observations of the defendant. I have been personally involved in determining whether LINDSAY SHEEHAN, the defendant, is the same person as "Lindsay Sheehan" named in the Arrest Warrant. Because this affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this affidavit every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2.      Based on my review of documents from the United States District Court for the District of Vermont, I know that, on or about May 28, 2026, the Deputy Clerk of Court for the United States District Court for the District of Vermont issued the Arrest Warrant based on the

Indictment. The Arrest Warrant was based on violations of Title 18, United States Code, Section 1349, and Title 18, United States Code, Section 1028A.

3.    Based on my involvement in the arrest and my conversations with other law enforcement officers, I understand that on or about June 3, 2026, at approximately 6:42 a.m., LINDSAY SHEEHAN, the defendant, was arrested by law enforcement officers pursuant to the Arrest Warrant in the Bronx, New York and taken into federal custody.

4.    Based on my observations of, and conversations with, SHEEHAN, my involvement in the arrest, my conversations with other law enforcement officers, and my review of law enforcement records, I believe that LINDSAY SHEEHAN, the defendant, is the "Lindsay Sheehan" named in the Arrest Warrant, for the reasons set forth below:

a.    I have reviewed law enforcement records regarding "Lindsay Sheehan," the person identified in the Arrest Warrant. That information includes information regarding her name and date of birth, as well as photographs and video depicting "Lindsay Sheehan." It also includes information providing that her last known address is 2481 Crotona Ave, 7I, Bronx, NY 10458.

b.    Based on my involvement in the arrest and my conversations with other law enforcement officers, on the morning of June 3, 2026, law enforcement officers observed a female individual (*i.e.*, LINDSAY SHEEHAN, the defendant) standing at a bus stop located nearby 2481 Crotona Ave, Bronx, NY 10458 at the intersection of Crotona Avenue and E 189th Street. SHEEHAN appeared to be the same person depicted in the photographs and video of "Lindsay Sheehan" reviewed by law enforcement.

c.    Based on my involvement in the arrest, law enforcement officers approached SHEEHAN and called out the name, "Lindsay." SHEEHAN turned to face the officers. However, when law enforcement officers asked if SHEEHAN was, "Lindsay Sheehan," she said no. The officers arrested SHEEHAN.

d.    Based on my subsequent observations of SHEEHAN, and a comparison of the physical attributes of SHEEHAN with photographs and video I reviewed from law enforcement records of "Lindsay Sheehan," SHEEHAN appears to be the same person depicted in the photographs and video.

e.    Based on my conversations with other law enforcement officers, after SHEEHAN was taken into federal custody on June 3, 2026, SHEEHAN was transported to New York-Presbyterian Lower Manhattan Hospital in Manhattan, New York. While at the hospital, law enforcement officers heard SHEEHAN state to medical personnel that her name was "Lindsay Sheehan."

5.    Accordingly, I believe that the "Lindsay Sheehan" named in the Arrest Warrant is the same person as LINDSAY SHEEHAN, the defendant.

2

WHEREFORE, I respectfully request that LINDSAY SHEEHAN, the defendant, be imprisoned or bailed, as the case may be.

Erika Cruz-Cooke
Special Agent
Homeland Security Investigations

Sworn to before me this
4th day of June, 2026

THE HONORABLE GARY STEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

3

# EXHIBIT A



UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 MAY 28  A 11: 45

BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| DAVON OLIN, COREY VASQUEZ, | ) |
| JAMES MICHAEL ROOSEVELT WILLIAMS, | ) |
| ████████████████████, | ) |
| ████████████, MARK OCHOA, | ) |
| and LINDSAY SHEEHAN, | ) |
| Defendants. | ) |

NO. 2:26-cr-52-1-2-3-4-5-6-7

(18 U.S.C. §§ 2, 1028A, 1344, 1349)

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 JUN -3  A 9: 10

BY _____
DEPUTY CLERK

## INDICTMENT

The Grand Jury charges:

### COUNT 1

#### Background

1. At all times relevant to the Indictment:

a.    Artisans' Bank, with locations including in Wilmington, Delaware; Bar Harbor Bank and Trust, with locations including in Littleton, New Hampshire; Meredith Village Savings Bank, with locations including in Exeter, New Hampshire; Northfield Savings Bank, with locations including in Barre, Vermont; Sugar River Bank, with locations including in Newport, New Hampshire; Katahdin Trust, with locations including in Scarborough, Maine; Partners Bank of New England, with locations including in South Sanford, Maine and Portsmouth, New Hampshire; and National Bank of Middlebury, with locations including in Brandon, Vermont, were banks and financial institutions the deposits in which were insured by the Federal Deposit Insurance Corporation (FDIC).

b. East Rise Credit Union, with locations including in Berlin, Vermont; Members First Credit Union, with locations including in Brattleboro, Vermont; Empeople Credit Union, with locations including in Portland, Maine; and North Country Federal Credit Union with locations including in Berlin, Vermont, were credit unions and financial institutions, the deposits in which were insured by the National Credit Union Administration (NCUA).

### The Conspiracy

2. From at least as early as August 2024 and continuing through at least August 2025, in the District of Vermont and elsewhere, defendants DAVIN OLIN, CORY VASQUEZ, JAMES MICHAEL ROOSEVELT WILLIAMS, ███████████████████████ ████████████ MARK OCHOA, and LINDSAY SHEEHAN, conspired and agreed with each other and others, known and unknown to the Grand Jury, including B.M. and T.D., to execute a scheme and artifice to obtain moneys, funds, and other property owned, or under the custody or control of, a financial institution by means of false and fraudulent pretenses, representations, and promises, contrary to Title 18, United States Code, Section 1344.

### Object of the Conspiracy

3. It was the object of the conspiracy that defendants DAVIN OLIN, CORY VASQUEZ, JAMES MICHAEL ROOSEVELT WILLIAMS, ██████████████, ███████████████████████████████, MARK OCHOA, LINDSAY SHEEHAN, and others including B.M. and T.D., would obtain money from financial institutions by opening accounts in Vermont, New Hampshire, Maine and elsewhere, and depositing U.S. Treasury checks in the names of other individuals using false identification documents and then withdrawing funds from the deposited checks. Through the course of the conspiracy the defendants deposited checks worth more than $500,000.00.

2

### Manner and Means

4.     It was part of the conspiracy that defendant DAVIN OLIN would obtain U.S. Treasury checks in the names of various individuals and false identification documents featuring those names and would provide the stolen U.S. Treasury checks and the false identification documents to co-conspirators to deposit.

5.     It was further part of the conspiracy that defendants CORY VASQUEZ and JAMES MICHAEL ROOSEVELT WILLIAMS would obtain U.S. Treasury checks and false identification documents from or at the direction of DAVIN OLIN and transport other members of the conspiracy to various financial institutions in order to open bank accounts under the names of the intended U.S. Treasury check recipients, deposit checks, and obtain funds.

6.     It was further part of the conspiracy that defendants CORY VASQUEZ, ███████, ███████████████████████████████, MARK OCHOA, and LINDSAY SHEEHAN, as well as B.M. and T.D., would use false identification documents to open bank accounts at various financial institutions, deposit the stolen U.S. Treasury checks into those accounts, and withdraw funds from those accounts.

7.     It was further part of the conspiracy that the defendants listed conducted the following transactions at the listed financial institutions:

   a.   On or about April 10, 2025, B.M., using identification documents purporting to represent him as D.M., opened an account and deposited a U.S. Treasury check dated August 23, 2024, for the amount of $18,786.03, in the name of D.M. into the newly opened account at Artisans' Bank in Wilmington, Delaware.

   b.   On or about June 3, 2025, T.D., using identification documents purporting to represent her as K.J., opened an account and deposited a U.S. Treasury check

dated May 7, 2025, for the amount of $6,807.00, in the name of K.J. into the newly opened account at Partners Bank of New England in Portsmouth, New Hampshire.

c.  On or about June 20, 2025, defendant ███████████, using identification documents purporting to represent her as J.B., opened an account and deposited a U.S. Treasury check dated June 10, 2025, for the amount of $6,807.00, in the name of J.B. into the newly opened account at Meredith Village Savings Bank in Exeter, New Hampshire.

d.  On or about July 12, 2025, B.M., using identification documents purporting to represent him as F.U., opened an account and deposited a U.S. Treasury check dated July 7, 2025, for the amount of $25,659.13, in the name of F.U. into the newly opened account at Sugar River Bank in Newport, New Hampshire.

e.  On or about July 17, 2025, defendant ██████████████████ ███████, using identification documents purporting to represent her as H.C., opened an account and deposited a U.S. Treasury check dated July 3, 2025, for the amount of $5,910.15, in the name of H.C. into the newly opened account at Bar Harbor Bank and Trust in Littleton, New Hampshire.

f.  On or about July 24, 2025, B.M., using identification documents purporting to represent him as V.D., opened an account and deposited a U.S. Treasury check dated June 27, 2025, for the amount of $16,292.05, in the name of V.D. into the newly opened account at Northfield Savings Bank in Barre, Vermont.

g.  On or about July 24, 2025, defendant ███████████, using identification documents purporting to represent her as K.C., opened an account and deposited a

U.S. Treasury check dated July 10, 2025, for the amount of $16,237.00, in the name of K.C. into the newly opened account at East Rise Credit Union in Berlin, Vermont.

h. On or about July 25, 2025, defendant LINSDAY SHEEHAN, using identification documents purporting to represent her as J.P., opened an account and deposited a U.S. Treasury check dated May 2, 2025, for the amount of $4,367.48, in the name of J.P. into the newly opened account at Katahdin Trust in Scarborough, Maine.

i. On or about July 30, 2025, █████████████, using identification documents purporting to represent her as G.S., opened an account and deposited a U.S. Treasury check dated May 12, 2025, for the amount of $21,383.00, in the name of G.S. into the newly opened account at North Country Federal Credit Union in Berlin, Vermont.

j. On or about July 31, 2025, T.D., using identification documents purporting to represent her as L.T., opened an account and deposited a U.S. Treasury check dated July 25, 2025, for the amount of $22,134.00, in the name of L.T. into the newly opened account at Members First Credit Union in Brattleboro, Vermont.

k. On or about August 8, 2025, defendant ██████████████████████ ███████, using identification documents purporting to represent her as I.H., opened an account and deposited a U.S. Treasury check dated August 23, 2024, for the amount of $15,324.06, in the name of I.H. into the newly opened account at Katahdin Trust in Scarborough, Maine.

l. On or about August 15, 2025, defendant CORY VASQUEZ, using identification documents purporting to represent him as P.K., opened an account and deposited

a U.S. Treasury check dated July 25, 2025, for the amount of $10,740.00, in the name of P.K. into the newly opened account at Empeople Credit Union in Portland, Maine.

m. On or about August 16, 2025, defendant Mark OCHOA, using identification documents purporting to represent him as K.L., opened an account and deposited a U.S. Treasury check dated July 25, 2025, for the amount of $20,048.00, in the name of K.L. into the newly opened account at Partners Bank of New England in South Sanford, Maine.

n. On or about August 27, 2025, defendant LINDSAY SHEEHAN, using identification documents purporting to represent her as J.K., opened an account and deposited a U.S. Treasury check dated August 22, 2025, for the amount of $13,830.00, in the name of J.K. into the newly opened account at National Bank of Middlebury, in Brandon, Vermont.

(18 U.S.C. § 1349)

<u>COUNTS 2 to 4</u>

8.      Paragraphs 1 and 3 through 7 of Count 1 are hereby realleged and incorporated as if set forth fully herein.

9.      From at least as early as August 2024 through at least August 2025, in the District of Vermont and elsewhere, defendants DAVON OLIN, CORY VASQUEZ, ███████████, and others knowingly  devised a scheme and artifice to obtain moneys, funds, and other property owned, and under the custody and control of, a financial institution by means of false and fraudulent pretenses, representations, and promises, namely DAVON OLIN and others would obtain U.S. Treasury checks and false identification documents, cause the opening of accounts at financial institutions in Vermont, New Hampshire, Maine, and elsewhere, and cause the deposit of U.S. Treasury checks into the newly opened accounts, later obtaining funds from those accounts.

10.     On or about the dates listed below, the listed individuals knowingly executed the scheme and artifice by using and causing the use of the listed fraudulent means of identification to open the listed accounts and deposit the listed checks:

| Count | Date | Defendants | Means of identification | U.S. Treasury Check | Location |
|---|---|---|---|---|---|
| 2 | July 17, 2025 | DAVON OLIN & ██████ | Name, Date of Birth, and SSN of H.C. | $5,910.15 in the name of H.C. | Bar Harbor Bank and Trust, Littleton, N.H. |
| 3 | July 30, 2025 | DAVON OLIN ██████ | Name, Date of Birth, and SSN of G.S. | $21,383.00 in the name of G.S. | North Country Federal Credit Union, Berlin, VT |

| 4 | August 15, 2025 | DAVON OLIN & CORY VASQUEZ | Name, Date of Birth and SSN of P.K. | $10,740.00 in the name of P.K. | Empeople Credit Union, Portland, M.E. |

(18 U.S.C. §§ 1344 & 2)

## COUNTS 5 to 9

11.    Paragraphs 1 and 3 through 7 of Count 1 are hereby realleged and incorporated as if set forth fully herein.

12.    On or about the following dates, at the following locations, in the District of Vermont and elsewhere, the listed defendants, during and in relation to a felony offense, namely the bank fraud conspiracy listed in Count 1, knowingly possessed and used, without lawful authority, a means of identification of another person:

| COUNT | DEFENDANT | DATE | LOCATION | MEANS OF IDENTIFICATION |
|---|---|---|---|---|
| 5 | ██████████████ | 7/17/25 | Littleton, NH | Name, Date of Birth, and SSN of H.C. |
| 6 | ██████████ | 7/24/25 | Berlin, VT | Name, Date of Birth, and SSN of K.C. |
| 7 | CORY VASQUEZ | 8/15/25 | Portland, ME | Name, Date of Birth, and SSN of P.K. |
| 8 | MARK OCHOA | 8/16/25 | South Sanford, ME | Name, Date of Birth, and SSN of K.L. |
| 9 | LINDSAY SHEEHAN | 8/27/25 | Brandon, VT | Name, Date of Birth, and SSN of J.K. |

(18 U.S.C. § 1028A)

## FORFEITURE NOTICE

1.      The allegations contained in Counts 1 through 4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) & 982(a)(2) and 28 U.S.C. § 2461(c).

2.      Upon conviction of an offense in violation of 18 U.S.C. §§ 1344 or 1349, the defendants, DAVIN OLIN, CORY VASQUEZ, JAMES MICHAEL ROOSEVELT WILLIAMS, ███████████████████████████, MARK OCHOA, and LINDSAY SHEEHAN, shall forfeit to the United States any proceeds obtained, directly or indirectly, as a result of such violation.

3.      If any forfeitable property described above, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

  (18 U.S.C. §§ 981(a)(1)(C), 982(a)(2), and 28 U.S.C. § 2461(c))

A TRUE BILL



FO

JONATHAN A. OPHARDT
First Assistant United States Attorney

Eugenia A. P. Cowles
Assistant United States Attorney
Burlington, Vermont
May 28, 2026

# EXHIBIT B

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Vermont

United States of America
v.

LINDSAY SHEEHAN,

      Case No. 2:26-cr-52-7

)
)
)
)
)
)

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **LINDSAY SHEEHAN**   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ❑ Superseding Indictment    ❑ Information    ❑ Superseding Information    ❑ Complaint
❑ Probation Violation Petition    ❑ Supervised Release Violation Petition    ❑ Violation Notice    ❑ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit bank fraud, 18 U.S.C. § 1349.

Aggravated identity theft, 18 U.S.C. § 1028A.

Date:  5/28/2026

City and state:  Burlington, VT

*Issuing officer's signature*

Lisa Wright, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |